The Honorable Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE THE APPLICATION OF JORGE ANGELO MONTORO ROSAS,<br><br>Petitioner,<br><br>v.<br><br>ANA CRISTINA VELASQUEZ SAAVEDRA,<br><br>Respondent. | CASE NO. 2:23-CV-01549-JLR<br><br>**NOTICE OF SETTLEMENT** |

Petitioner Jorge Angelo Montoro Rosas ("Petitioner") notifies the Court that he has reached a settlement with Respondent Ana Cristina Velasquez Saavedra and the settling parties have executed a settlement agreement. Petitioner will promptly file a Stipulation of Dismissal Without Prejudice.

Dated this 20th day of November, 2023.

*s/ J. Dino Vasquez*
J. Dino Vasquez, WSBA #25533

*s/ Joshua R.M. Rosenberg*
Joshua R.M. Rosenberg, WSBA #58365

**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
Email:  dvasquez@karrtuttle.com
Email:  jrosenberg@karrtuttle.com
*Pro Bono Attorneys for Petitioner*

NOTICE OF SETTLEMENT - 1
#5488724 v1 / 99988-607

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, the foregoing document was electronically filed with the United States District Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Heather L. Hattrup*
Heather L. Hattrup
Legal Assistant

NOTICE OF SETTLEMENT - 2
#5488724 v1 / 99988-607

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100